**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROBERT LEE THOMAS, JR.**
**ADC #97373**                                                                                                                          **PETITIONER**

**V.**                                           **NO. 5:12CV00331 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                                        **RESPONDENT**

**ORDER**

The proposed findings and recommendations submitted by Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Robert Lee Thomas, Jr. is dismissed. All requested relief is denied and, in accordance with Rule 11(a) of the rules governing section 2254 cases, a certificate of appealability is denied.

IT IS THEREFORE ORDERED THAT Thomas's petition for writ of habeas corpus [Doc. No. 1] is dismissed.

DATED this 30th day of January 2013.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE